**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **CADET GURJIWAN SINGH CHAHAL**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LIEUTENANT GENERAL THOMAS SEAMANDS**, in his official capacity as Deputy Chief of Staff, G-1, U.S. Army, *et al.*,<br><br>*Defendants*. | Civil Action No. 2:17-cv-12656<br><br>**RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Cadet Gurjiwan Singh Chahal and Private Arjan Singh Ghotra file this notice voluntarily dismissing their claims without prejudice.

On August 16, 2017, the Army issued a "Memorandum for Brigade Tactical Officer, United States Corps of Cadets." *See* Exhibit A. The Memorandum "establish[es] policy pertaining to the wear of headgear for cadets with approved religious accommodations for the wear of a turban or under-turban/patka, with uncut beard and uncut hair." Mem. ¶ 2. It specifies that the policy "applies to all cadets enrolled at the United States Military Academy," Mem. ¶ 3, and emphasizes that

"[u]nless duties, position, or assignment require a cadet to wear the Advanced Combat Helmet (ACH) or other protective headgear, cadets will wear a turban/under-turban as their military headgear" in accordance with detailed specifications set out in the Memorandum with respect to each uniform. Mem. ¶ 4(c).

With respect to the "Shako (also known as the tar bucket, parade hat, and full dress hat)," the Memorandum provides as follows:

> When the shako is the assigned headgear, accommodated cadets will wear a black turban in lieu of the shako. The same brass USMA crest that appears on the service cover will be affixed to the front center of the turban when outdoors or under arms. No additional accoutrements will be affixed to the turban. The crest will be removed from the turban when cadets are indoors or directed to remove headgear.

Mem. ¶ 4(c)(4). A separate memorandum from the Army's Office of the Deputy Chief of Staff, G-1 to the Superintendent of the United States Military Academy reiterates that cadets with approved religious accommodations "are not required to cover or replace their turban or under-turban with ceremonial headgear, including the full dress hat or the service cap." *See* Exhibit B.

Based upon these commitments from the United States Army and the United States Military Academy, Plaintiffs hereby voluntarily dismiss this action without prejudice. Should Defendants fail to comply this guidance or otherwise fail to accommodate Plaintiffs' religious exercise in the manner required by the Religious

Freedom Restoration Act and the First and Fourteenth Amendments to the United States Constitution, Plaintiffs reserve the right to renew this litigation.

Respectfully submitted this 24th day of August, 2017.

/s/ *Eric S. Baxter*
Eric S. Baxter
(DC Bar No. 479221)
(Admitted in E.D. Mich.)
Eric C. Rassbach
(DC Bar No. 493739)
Diana M. Verm
(DC Bar No. 1811222)
Daniel Blomberg
(DC Bar No. 1032624)
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW
Suite 700
Washington, DC 20036
Tel: (202) 955-0095
Fax: (202) 955-0090
*ebaxter@becketlaw.org*

Matthew P. Allen
(MI Bar No. 57914)
(Admitted in E.D. Mich.)
Miller, Canfield, Paddock and Stone, P.L.C.
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
Tel: (248) 267-3290
Fax: (248) 879-2001

Amandeep S. Sidhu
(DC Bar No. 978142)
Emre N. Ilter
(DC Bar No. 984479)
(Admitted in E.D. Mich.)
David A. Roller
(FL Bar No. 113713)
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC, 20001
Tel: (202) 756-8000
Fax: (202) 756-8087
*asidhu@mwe.com*

Harsimran Kaur Dang
(DC Bar No. 493428)
The Sikh Coalition
50 Broad Street, Suite 1537
New York, NY, 10004
Tel: (212) 655-3095
*harsimran@sikhcoalition.org*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

James J. Carty, Attorney for Defendants

s/ *Eric S. Baxter*

Eric S. Baxter
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW
Suite 700
Washington, DC 20036
Tel: (202) 955-0095
Fax: (202) 955-0090
*ebaxter@becketlaw.org*